PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: STEELE, Shannon                     Cr.: 00-00709-001
                                                      PACTS Number: 28619

Name of Sentencing Judicial Officer: The Honorable William H. Walls, U.S.D.J.

Date of Original Sentence: 01/25/07

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 48 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: 1) drug testing/treatment; and 2) DNA collection.

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/30/08

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows.

The defendant shall reside for a period of three (3) months in a community corrections center, halfway house, or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

### CAUSE

Steele admitted to failing to notify our office of any change in residence, lying about his living situation, and failing to secure gainful employment under reasonable time constraints.

Respectfully submitted,

By: Jamel Dorsey, USPO

Date: 04/12/10

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

26 April 2010
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition:

The defendant shall reside for a period of three (3) months in a community corrections center, halfway house, or similar residential facility and shall observe all the rules of that facility. Shannon is not eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Witness: _____  Signed: _____
United States Probation Officer        Probationer or Supervised Releasee
Jamel Dorsey                           Shannon Steele

April 16, 2010
DATE